UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BSG CORP., ET AL.,

                Plaintiffs,

-v-

NEW ENTERPRISES LTD., ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/2025

**ORDER**

24-CV-7050 (ER) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A settlement conference was held today as scheduled. Although a resolution was not reached, the parties expressed a desire to participate in another settlement conference at a future date. Parties are directed to, by **April 11, 2025**, jointly email the Court to provide an update on their negotiations and their availability for a settlement conference via Teams.

**SO ORDERED.**

Dated: April 4, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge