UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BSG CORP. *and* PUNJAB PARTNERS LLC,

                Plaintiffs,

*– against –*

NEW ENTERPRISES LTD *and* SUBRAMANIAM SUBBIAH,

                Defendants.

**ORDER**

24-cv-07050 (ER)

Ramos, D.J.:

      Magistrate Judge Henry Ricardo issued an order on April 4, 2025 directing the parties to jointly email the Court by April 11, 2025 to provide an update on their settlement negotiations and their availability for another settlement conference. Doc. 37. On April 15, 2025, Magistrate Judge Henry Ricardo issued an order noting that the parties had not contacted the Court to schedule another settlement conference and that accordingly, the Court considered the settlement conference to be concluded. Doc. 38. Since then, the parties have not been in contact with the Court. The parties are directed to submit a status letter by October 15, 2025.

Dated:    October 8, 2025
            New York, New York

                                                          EDGARDO RAMOS, U.S.D.J.